**Motion GRANTED AND Order filed November 10, 2016.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00884-CV

———————

## IN RE FAIRWAY METHANOL LLC AND CELANESE LTD., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-19034**

## ORDER

On November 7, 2016, relators Fairway Methanol LLC and Celanese Ltd., filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Brent Gamble, Judge of the 270th District Court, in Harris County, Texas, to set aside his Order on Plaintiffs' Motion to Compel signed on October 12, 2016 entered in trial court number 2015-19034, styled *Salazar v. Fairway Methanol*

*LLC, et. al.*, that requires relators to: (1) remove any and all attorney-client privilege and work-product privilege objections to Plaintiffs' Request for "Any and all incident, accident and/or investigation reports made or filed by you regarding the Occurrence made the basis of this lawsuit, "any and all statements related to this Occurrence" and "all documents related to any interviews conducted by you", and (2) produce documents responsive to this request no later than ten days after the signing of this Order.

On November 7, 2016, relators also filed a motion for temporary order that asks our court to stay the Order pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the part of the Order that requires relators to produce documents responsive to Plaintiffs' request for "Any and all incident, accident and/or investigation reports made or filed by you regarding the Occurrence made the basis of this lawsuit, "any and all statements related to this Occurrence" and "all documents related to any interviews conducted by you" **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

We request relators to file the documents provided to the trial court for *in camera* review under seal with our court on or before November 28, 2016.

In addition, the court requests Jose Armando Salazar and Rose Salazar, the real parties-in-interest, to file a response to the petition for writ of mandamus on or before November 28, 2016.  *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Donovan.